1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                        EASTERN DISTRICT OF CALIFORNIA
10

11   ISMAEL MOUBAB,                        Case No. 1:23-cv-01055-JLT-EPG

12             Plaintiff,

13      v.                                  ORDER TRANSFERRING CASE TO THE
                                            SACRAMENTO DIVISION OF THE
14   JP MORGAN CHASE BANK,                  EASTERN DISTRICT OF CALIFORNIA

15             Defendant.

16

17          On July 14, 2023, Plaintiff, proceeding *pro se*, filed this action and an application to

18   proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2). As it appears that this

19   action should have been filed in the Sacramento Division of the United States District Court for

20   the Eastern District of California, the Court will transfer the case to the Sacramento Division.

21          Pursuant to Local Rule 120(d), "[a]ll civil and criminal actions and proceedings of every

22   nature and kind cognizable in the United States District Court for the Eastern District of

23   California arising in . . .  Sacramento . . . shall be commenced in the United States District Court

     sitting Sacramento, California. . . . "
24
            In the complaint, Plaintiff generally alleges that Defendant violated Federal law by failing
25
     to take appropriate action in addressing fraudulent charges to his bank account. Nowhere in the
26
     complaint does Plaintiff identify facts showing that this case arises in the Fresno Division. Rather,
27
     Plaintiff states that he resides in Rancho Cordova, California, which is located in Sacramento
28
     County, and presumably the location for his disputes with Defendant about the charges to his

                                                    1

bank account. (ECF No. 1, p. 1). Sacramento County is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, based on the information available, the complaint should have been filed in the Sacramento Division.[1]

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the Court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division. This Court will not rule on Plaintiff's request to proceed *in forma pauperis*.

Good cause appearing, IT IS ORDERED that:

1.  This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2.  All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated:   **July 18, 2023**                           /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] If it later appears that the Fresno Division is the proper Division for this case, Plaintiff may move to transfer the case back to this Division.