UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISHMAEL MOUHAB,<br><br>   Plaintiff,<br><br> v.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>   Defendant. | Case No.: 2:23-cv-01431-TLN-JDP<br><br>Hon. District Judge Troy L. Nunley<br>Hon. Magistrate Judge Jeremy D. Peterson<br><br>[PROPOSED] ORDER GRANTING DEFENDANT JPMORGAN CHASE BANK, N.A.'S *EX PARTE* MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Current Response Date:  November 2, 2023<br><br>New Response Date:  November 17, 2023<br><br>Action Filed:  July 14, 2023 |

The Court, having considered *defendant* JPMORGAN CHASE BANK, N.A.,'s ("Chase") *Ex Parte Motion for Extension of Time to Respond to Complaint* (the "Motion") and good cause appearing therefore,

**IT IS ORDERED** that the Motion is **GRANTED**.

1

[PROPOSED] ORDER GRANTING DEFENDANT JPMORGAN CHASE BANK, N.A.'S EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

24204452.1

**IT IS FURTHER ORDERED** that Chase shall have until November 17, 2023, to file and serve its response to *plaintiff* Ismael Mouhab's Complaint in this action.

IT IS SO ORDERED.

Dated:  November 14, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE