UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL MOUHAB,<br><br>        Plaintiff,<br><br>  v.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>        Defendants. | Case No.: 2:23-cv-01431-TLN-JDP<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO FILE A REPLY IN SUPPORT MOTION TO DISMISS COMPLAINT**<br><br>**[No Hearing Required]** |

The Court having considered the *Stipulation to Extend Deadline for Defendant to File a Reply in Support of Motion to Dismiss Complaint* (the "Stipulation") entered into by and between *plaintiff* ISMAEL MOUHAB ("Plaintiff") and *defendant* JPMORGAN CHASE BANK, N.A. ("Chase") (collectively, the "Parties"), and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that Chase's deadline to file a reply in support of its Motion to Dismiss Complaint ("Motion to Dismiss") is extended to Thursday, February 29, 2024.

**IT IS FURTHER ORDERED** that the March 7, 2024 hearing on the Motion to Dismiss is continued to **March 14, 2024**, at **10:00 a.m.**, ~~or a date and time thereafter that is convenient to the Court.~~

IT IS SO ORDERED.

Dated:    February 22, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE