# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL MOUHAB,<br><br>        Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>        Defendants. | Case No.: 2:23-cv-01431-TLN-JDP<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS**<br><br>**[No Hearing Required]** |

The Court having considered the *Stipulation to Extend Time to File Dispositional Documents* (the "Stipulation") entered into by and between *plaintiff* ISMAEL MOUHAB ("Plaintiff") and *defendant* JPMORGAN CHASE BANK, N.A. ("Chase") (collectively, the "Parties"), and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that the Parties shall have until **April 30, 2024** to file the dispositional documents.

IT IS SO ORDERED.

Dated:   April 5, 2024

*/s/ Jeremy Peterson*
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1     Case No.: 2:23-cv-01431-TLN-JDP
**[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND DEADLINE TIME TO FILE DISPOSITIONAL DOCUMENTS**
Error! Unknown document property name.