# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

Ismael Mouhab

Plaintiff (s),

V.

JP Morgan Chase Bank, N.A.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:23-cv-01431-TLN-JDP

Notice is hereby given that, subject to approval by the court, __JP Morgan Chase Bank__ (Party (s) Name) substitutes __Zeeshan Iqbal and Sanford P. Shatz__ (Name of New Attorney), State Bar No. __337990; 127229__ as counsel of record in place of __Brian A. Paino (SBN 251243); and Helen Mosothoane (SBN 254511)__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | McGlinchey Stafford, PLLC |
| Address: | 18201 Von Karman Avenue, Suite 350  Irvine, CA 92612 |
| Telephone: | (949) 381-5900   Facsimile (949) 271-4040 |
| E-Mail (Optional): | ziqbal@mcglinchey.com; sshatz@mcglinchey.com |

I consent to the above substitution.

Date: 5/30/2024

Talia Irabagon  *Digitally signed by Talia Irabagon Date: 2024.05.30 16:29:59 -05'00'*
Talia Irabagon  *Digitally signed by Talia Irabagon Date: 2024.05.30 16:30:16 -05'00'*
(Signature of Party (s))

I consent to being substituted.

Date: 6/03/24

Helen Mosothoane  *Digitally signed by Helen Mosothoane Date: 2024.06.03 18:53:03 -05'00'*
Brian A. Paino  *Digitally signed by Brian A. Paino Date: 2024.06.05 10:43:49 -07'00'*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 5/8/2024

Iqbal, Zeeshan  *Digitally signed by Iqbal, Zeeshan Date: 2024.05.08 16:06:19 -07'00'*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: June 6, 2024

*/s/ Jeremy D. Peterson*
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]